STATE OF NEW JERSEY v. CARL DENNIS MINTER.

May 26, 1982.

Petition for certification denied.

THOMAS F. PATTON v. NORTH JERSEY DISTRICT
WATER SUPPLY COMMISSION.

May 26, 1982.

Petition for certification granted.

STATE OF NEW JERSEY v. GARY LEE JOHNSON.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY HENDERSON.

May 26, 1982.

Petition for certification denied.